NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIAMOND SAWBLADES MANUFACTURERS COALITION,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant,*

and

**SAINT-GOBAIN ABRASIVES, INC.,**
*Defendant-Appellant,*

and

**HEBEI JIKAI INDUSTRIAL GROUP CO., LTD. and HUSQVARNA CONSTRUCTION PRODUCTS NORTH AMERICA, INC.,**
*Defendants-Appellants,*

and

**EHWA DIAMOND INDUSTRIAL CO., LTD.,**
*Defendant-Appellant,*

and

**BOSUN TOOLS GROUP CO., LTD.,**
*Defendant-Appellant.*

---

2010-1024, -1090

---

Appeals from the United States Court of International Trade in case no. 09-CV-0110, Senior Judge R. Kenton Musgrave.

---

## ON MOTION

---

Before LOURIE, *Circuit Judge.*

## ORDER

Saint-Gobain Abrasives, Inc., Hebei Jikai Industruial Group Co., Ltd. et al., Ehwa Diamond Industrial Co., Ltd., and Bosun Tools Group Co., Ltd. (movants) move jointly to expedite consideration of this appeal or, in the alternative, for a stay of "all administrative proceedings related to the administrative reviews of the antidumping orders on diamond sawblades from China and Korea." The movants state that Diamond Sawblades Manufacturers Coalition and the United States oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to expedite is granted to the extent that the appeal will be placed on the October 2010 calendar.

(2) The alternative motion for a stay is moot.

FOR THE COURT

**AUG 1 3 2010**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 3 2010

JAN HORBALY
CLERK

cc:  Daniel B. Pickard, Esq.
     Gregory S. Menegaz, Esq.
     J. David Park, Esq.
     Kenneth G. Weigel, Esq.
     Lynn M. Fischer Fox, Esq.
     Delisa M. Sanchez, Esq.

s17